**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 17 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO ALEJANDRO JURADO-TENA,<br>DAVID GONZALO SILVA-TAPIA,<br>SERGIO IVAN LEMUS-ESQUIVEL,<br>JOSE MANUEL LEON-GORDIANO,<br>OSCAR ELI SANCHEZ-OLIVA, and<br>ADALBERTO VELAZQUES-ACOSTA,<br><br>Defendants. | CRIMINAL NO. 06-1081 JH<br><br>COUNT 1:  21 U.S.C. § 846: Conspiracy;<br><br>COUNT 2:  21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841(b)(1)(C): Possession with Intent to Distribute 50 Kilograms and more of Marijuana; and 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Beginning on or about the 31st day of January, 2006, up to and including the 2nd day of February, 2006, in Hidalgo County, in the State and District of New Mexico and elsewhere, the defendants, **ERNESTO ALEJANDRO JURADO-TENA, DAVID GONZALO SILVA-TAPIA, SERGIO IVAN LEMUS-ESQUIVEL, JOSE MANUEL LEON-GORDIANO, OSCAR ELI SANCHEZ-OLIVA, and ADALBERTO VELAZQUES-ACOSTA**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit:  Possession with intent



to distribute 50 kilograms and more of Marijuana, a Schedule I controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(C).

In violation of 21 U.S.C. § 846.

## COUNT 2

On or about the 2nd day of February, 2006, in Hidalgo County, in the State and District of New Mexico and elsewhere, the defendants, **ERNESTO ALEJANDRO JURADO-TENA, DAVID GONZALO SILVA-TAPIA, SERGIO IVAN LEMUS-ESQUIVEL, JOSE MANUEL LEON-GORDIANO, OSCAR ELI SANCHEZ-OLIVA, and ADALBERTO VELAZQUES-ACOSTA,** did unlawfully, knowingly and intentionally possess with intent to distribute 50 kilograms and more of Marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

05/04/06 8:55am

2