# CLERK'S MINUTES OF ARRAIGNMENT

Date: **MAY 30, 2006**   Judge: **SMITH**   Clerk: **J. CHAVEZ**

USA vs. **ERNESTO ALEJANDRO JURADO-TENA**   Crim. No. **06-1081 JH**

Deft. present with counsel: **D RILEY FOR P EDWARDS**   (**?**) Apptd   ( ) Retd

U.S. represented by, **LOUIS MARTINEZ**, AUSA
Interpreter Used: (**?**) Yes  ( ) No       Name of Interpreter: **D MCNAMARA**

Deft. not present ( )                                  Marshal called for Deft. in hallway: ( ) Yes  ( ) No
Bench warrant issued ( )
Court asked the Defendant:
( ) Name:                                              SSN:
( ) DOB:                              Tele. No.
( ) Residence Address:
( ) Extent of education/schooling:

( ) Whether he/she is currently or has been recently under care of a physician/psychiatrist; if has been hospitalized/treated for narcotic addiction
(**Yes**) Whether he/she has received a copy of Indictment/Information
(**Yes**) Whether he/she has had time to consult with his/her attorney
(**No**) Whether he/she wants Indictment/Information read in open court
(**Yes**) Whether he/she will waive the reading of Indictment/Information
(**Yes**) Whether he/she is ready to plead
(**?**) Defendant entered plea of not guilty to all counts
(**?**) Matter referred to USDC
(**?**) Counsel ordered to file any motions by: **06/21/06**

(**?**) Case assigned to:   **JUDGE HERRERA**

(**?**) Trial set on trailing docket commencing: **TO BE NOTIFIED**

( ) Defendant requested psychiatric examination. Instructed to file motion in USDC

( ) Bond set / continued at:              (**?**) Deft to remain in custody

( ) Previous bond motion denied; advised to file bond appeal in USDC

( ) Defendant advised to file bond motion; hearing to be set upon filing said motion

( ) Penalty for failure appear explained

(**?**) Discovery Order entered

( ) Unseal Case

( ) First Appearance of Defendant                         Tape No: **FTR LCS**
                                                          Court is session: 09:02 AM