# SENTENCING MINUTE SHEET

**Court Time: 8:50-8:55**
**Date: August 22, 2006**
**Judge: John Edwards Conway**                                                   **Reporter:   Sally Rubino**
**Clerk: Lee Jones**
**USA v.  Ernesto Alejandro Jurado-Tena**
**CR No.   06-1081 JC**
**Defendant Present**
**Defense Counsel:  Peter Edwards, AFPD**
**AUSA: Kelly Burnham**
**Probation Officer:  Richard Bohlken**
**Interpreter:      Rafael Carrillo**                           **Sworn:  X**
**Sentencing on Count I of Indictment**
**PSR Not Disputed:  X**               **Court Adopts Findings and PSR:  X**

_____
**SENTENCE IMPOSED**

Imprisonment:                                    BOP:   8 months
Supervised Release:  2 years, unsupervised
Probation:
500 Hour Drug Treatment Program:
Other
_____
Special Conditions:
  Participate in substance abuse program at direction of USPO:
  Participate in a mental health program at direction of USPO:
Must submit to search of person, property or automobile; must advise residents premises may be subject to search:
No alcohol consumption:                           Must not frequent places that serve alcohol:
Shall submit to DNA collection:
Shall not possess firearms or other dangerous weapons:
Submit to drug testing at direction of USPO:
Not re-enter USA without prior approval of Attorney General:  X
INS to begin immediate removal upon service of sentence:  X
Home confinement:                Halfway House:          Community Service:
Other:

Fine:  $0                                         Restitution:
                                                  Schedule of Payments:
SPA:     WAIVED                                   Remitted:
_____
**OTHER**

Advised of Appeal Rights:               Waived Appeal Rights Per Plea Agreement:  X
Indictment Dismissed:                   Counts:
Voluntary Surrender:                    Held In Custody:  X
COR Continued:                          Released on Bond:
Recommended Place of Incarceration:
Other: